FILED

JUL 31 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ADAM JOSEPH PHIPPS, <br><br> Defendant. | Magistrate Case No.: **19MJ3209** <br><br> <u>COMPLAINT FOR VIOLATION OF</u>: <br><br> Title 18, U.S.C. § 2252(a)(2) – Attempted Receipt of Images of Minors Engaged in Sexually Explicit Conduct <br><br> Title 18, U.S.C. § 2252(a)(4)(B) – Possession of Images of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

Count 1

On or about June 15, 2019, within the Southern District of California, defendant Adam Joseph PHIPPS, having previously been convicted, on October 1, 2007, of the crime of possession of images of minors engaged in sexually explicit conduct in violation of 18 U.S.C. § 2252(a)(4), did knowingly attempt to receive visual depictions, that is, digital and computer images, using any means and facility of interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2),

and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

### Count 2

From a date unknown to on or about June 27, 2019, within the Southern District of California, defendant Adam Joseph PHIPPS, having previously been convicted, on October 1, 2007, of the crime of possession of images of minors engaged in sexually explicit conduct in violation of 18 U.S.C. § 2252(a)(4), did knowingly possess one and more matters containing visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, the production of which involved the use of a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Edward O. Cabral
Special Agent, FBI

Sworn to me and subscribed in my presence this 31 day of July, 2019

Hon. Linda Lopez
United States Magistrate Judge

## STATEMENT OF FACTS

I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since July of 2003. I am currently assigned to the Crimes Against Children Squad of the San Diego Field Office, where I primarily investigate crimes concerning child exploitation and the receipt, possession, production, advertisement, and transmission of child pornography. This complaint is based on my own investigation as well as information received from fellow FBI agents and other law enforcement officers.

In January of 2007, a state issued search warrant was executed on the San Diego County residence of Adam Joseph PHIPPS. This warrant was conducted by members of the San Diego Internet Crimes Against Children (ICAC) Task Force, of which I am a member.

During the execution of the warrant, task force officers discovered a large quantity of child pornography despite PHIPPS' use of encryption to hide his activity. Based on the findings, PHIPPS was taken into federal custody and charged with possession of child pornography in federal court.

PHIPPS entered a guilty plea to the charges and was sentenced to 97 months in federal custody (07cr0162-LAB). In February 2014, PHIPPS was released from prison and became subject to his terms of supervised release for a period of 10 years. These terms included a search condition, requiring him to submit to searches by any law enforcement officer based on reasonable suspicion that he has violated his terms of release. The terms also included a requirement that he refrain from owning or using any unapproved computer devices or phones, and that he consent to the installation of monitoring software on any computers or devices owned by him.

In or about April of 2019, during a review of the court ordered monitoring of PHIPPS' computer, a United States Probation Officer noticed a screen shot that appeared to show PHIPPS purchasing a Toshiba computer on the online auction site Ebay. According to the Probation Officer, PHIPPS had not obtained permission to

purchase a computer. On June 27, 2019, Probation Officers went to his San Diego residence, which is also his place of employment, and conducted a search for the device.

When Probation Officers arrived at PHIPPS' place of employment/residence, PHIPPS' employer pointed out PHIPPS' backpack in the main break room, and additional items belonging to PHIPPS located in the separate room where PHIPPS slept on an air mattress. Among the belongings found in the separate room next to the air mattress was a Toshiba laptop computer, located near a United States Postal Service box. The laptop computer matched the make and model PHIPPS was searching for on the online auction site Ebay. The printed label on the Postal Service box contains the date April 22, 2019. Based on his possession of an unauthorized computer in violation of his terms of supervised release, PHIPPS was taken into custody by the United States Marshals Service that same day. Additional electronic items were also seized including a cellular phone, an SD Card, and a thumb drive.

On July 1, 2019, the United States Probation Office contacted FBI Special Agent Dan Evans and informed SA Evans they had located child pornography images and videos on the laptop found among PHIPPS' possessions. That same day SA Evans traveled to the Probation Office where they showed him the same files they had already encountered. Among these files were the following:

- A) A video showing a clothed prepubescent female performing oral sex on an adult male.
- B) An image of an adult male performing oral sex on a nude prepubescent female who is sitting on top of his chest.
- C) An image of an adult male preparing to insert his penis into the vagina of a nude prepubescent female who is laying on her back.
- D) An image of a prepubescent female holding the penis of an adult male in her hand
- E) An image of a prepubescent female inserting an adult's penis into her mouth.

In addition to the above files, Probation Officers identified additional images, videos, and file names that were consistent with child pornography.

Based on the above information, SA Evans obtained a federal search warrant for the items seized from PHIPPS. During further review of the devices, SA Evans identified encrypted Linux volumes on the SD Card, thumb drive, and part of the laptop's hard drive. Additional analysis of the unencrypted section of the hard drive identified approximately 400 images and 15 videos depicting child pornography that had been deleted from the device.

In addition to the above files, SA Evans identified system files that showed the user of the device had accessed files located on the computer hard drive that bore file names consistent with child pornography on or about June 15, 2019. During the same time frame the user of the device also accessed the search engine Duckduckgo.com. This same search engine had been observed by Federal Probation Officers that were reviewing PHIPPS' monitored computer. A review of PHIPPS' cellular telephone also revealed the use of this search engine.

On July 3, 2019, a Department of Justice Administrative Subpoena was served on eBay, Inc., requesting subscriber information for PHIPPS' account and details about the auction for the laptop computer. On July 8, 2019, eBay confirmed PHIPPS purchased the laptop in April of 2019 from a seller in Florida.

In July of 2019, the United States Postal Inspection Service confirmed that the box found at PHIPPS' residence had been sent from the residence of the eBay seller to PHIPPS on April 22, 2019. Tracking information confirms PHIPPS received the package on April 24, 2019.

Based on my training and experience working child pornography cases, I know that many of the child pornography files identified have been created and traded by other child pornographers and therefore the only way they could be in the possession of the defendant is if he obtained them from another party.

The Toshiba laptop seized from PHIPPS' residence and/or parts of this device were not manufactured within the state of California and must have traveled in interstate or foreign commerce to be found therein. Further, based on shipping data identified by the United States Postal Inspection Service, I know that this device was purchased and shipped from an out-of-state party.