# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19CR3367-LAB |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| ADAM JOSEPH PHIPPS, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:
18:2252(a)(2); 18:2253(b) - Attempted Receipt of Images of Minors Engaged in Sexually Explicit Conduct; Criminal Forfeiture
18:2252(a)(4)(B); 18:2253(b) - Possession of Images of Minors Engaged in Sexually Explicit Conduct; Criminal Forfeiture

Dated: 1/21/2020

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge